1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAKRID HADI KADHIM,

                Plaintiff,

     v.

ALBERTO GONZALES, et al.,

                Defendants.

No. C06-1290P

ORDER TO SHOW CAUSE

The Court has reviewed Plaintiff's Petition for Naturalization Hearing. (Dkt. No. 1).  This case

had previously been stayed, by stipulation of the parties, since November 8, 2006.  On July 16, 2007,

the Court ruled that it would not entertain any further extensions in this matter. (Dkt. No. 15.)

The Court's standard practice in naturalization cases like this one is to require Defendants to

show cause why Plaintiff should not be naturalized.  The Court therefore ORDERS Defendants to

show cause within 30 days why the Court should not grant Plaintiff's application for naturalization by

the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to

compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a

failure to make a determination . . . before the end of the 120-day period after the date on which the

examination is conducted . . . ."  8 U.S.C. § 1447(b).  Defendants shall respond to this order with a

written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been

ORDER - 1

1    approved; (2) all reasons that the Court should not approve the application immediately; and, if

2    appropriate (3) a proposed plan for promptly deciding Plaintiff's naturalization application.

3              The Clerk is directed to send copies of this order to all counsel of record.

4              Dated this 28th day of August, 2007.

5

6                                                           Marsha J. Pechman
                                                            United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 2